Cause No. FB-55805-U

The State Of Texas §        In The <u>Criminal</u>
VS.                        §        District Court 291st
<u>DeAndra Moffett</u>     §        <u>Dallas County</u>, Texas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
7/8/2015 9:52:12 AM
LISA MATZ
Clerk

<u>Notice of Appeal</u>

To The Honorable Judge of Said Court,

Comes Now, <u>DeAndra Moffett</u>, Defendent Within 30 Days, Of His Conviction, And files This His Notice of Appeal To The Fifth District Court Of Appeals On Said Conviction in the Above Mentioned Cause Number.

Conviction Date: <u>5-29-15</u>

Executed On This <u>29</u> Day of <u>May</u>, 20<u>15</u>

FILED
2015 JUL -2 AM 9: 39
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
DEPUTY
Susan Sam

Respectfully Submitted,

x DeAndra Moffett

JUDGEMENT / SENTENCE DATE **5-29 15**
MOTION FOR NEW TRIAL FILED____ YES ✓ NO DATE_____

Deputy District Clerk

DRAWER #40

THE STATE OF TEXAS

VS.

De Andra Moffett

CAUSE NO. F13-55805-U

Criminal DISTRICT COURT 291

DALLAS COUNTY, TEXAS

### DEFENDANT'S NOTICE OF APPEAL AND PAUPER OATH

### APPOINTMENT OF ATTORNEY ON APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defenant in the above cause and states: I am the defendant in the above cause; I was convicted in this cause and now give Notice of Appeal to the Texas Court of Appeals for the Fifth Supreme Judicial District of Texas of Dallas, Texas, and that I am penniless, destitute and indigent person, too poor to employ counsel to represent me on the appeal, and too poor to pay for or give security for the Statement of Facts and a true copy thereof herein. WHEREFORE, I pray that the Court will appoint an attorney to represent me in this appeal and that the Court will order the Court Reporter of this Court to prepare and deliver me or my appointed Counsel the original and a true copy of the Statement of Facts in this case, together with all exhibits attached thereto if practical.

_____
Defendant

BEFORE ME, the undersigned authority, personally appeared the above Defendant, known to me to be the person whose signature appears above, and after being duly sworn on oath states that he is the defendant in the above cause, and that the matters and things set forth in the foregoing are true and correct in all things.

JIM HAMLIN
DISTRICT CLERK
Dallas County, Texas

By _____
Deputy District Clerk

FILED
2015 JUL -2 AM 9: 3
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Susan Sam DEPUTY

### ORDER

The Defendant having requested the Court to appoint Counsel,

it is Ordered the Honorable _____ Ni lls IilIch _____

Address: _____ 5614 Victor Dapine, N 75214 _____

a regular licensed and practicing attorney of Texas, be, and he/she is hereby appointed to represent Defendant in prosecuting his/her appeal herein, and it is further Ordered that the Court Reporter is hereby directed to transcribe all of the notes as same may appertain to this cause and as taken during the trial of this cause which began on

_____, _____, and make Statement of Facts in duplicate and furnish same to defendant or his appointed Counsel.

_____
Judge

FORM 40

Cause NO. F13-99715-U

The State of Texas          §          In The Criminal
VS.                         §
DeAndra Moffett             §          District Courts 291st
                            §          of Dallas County, Texas

Notice of Appeal

To The Honorable Judge of Said court,

    Comes Now, DeAndra Moffett, Defendent Within
30 Days of His Conviction, and files This His Notice
of Appeal To the fifth District Court of Appeals on Said
conviction in the Above Mention Cause Number.

        Conviction Date: 5-29-15

EXEcuted on This 29 Day of May, 2015

FILED
2015 JUL -2 AM 9:39
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Susan Saad DEPUTY

                            Respectfully Submitted

                            x DeAndra Moffett

JUDGEMENT / SENTENCE DATE **5-29-15**
MOTION FOR NEW TRIAL FILED____YES __/__NO DATE_____

_____
Deputy District Clerk

DRAWER #40

THE STATE OF TEXAS

VS

DeAndra Moffett

CAUSE NO. F13-99715-U

Criminal DISTRICT COURT 291

DALLAS COUNTY, TEXAS

### DEFENDANT'S NOTICE OF APPEAL AND PAUPER OATH

### APPOINTMENT OF ATTORNEY ON APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendant in the above cause and states: I am the defendant in the above cause; I was convicted in this cause and now give Notice of Appeal to the Texas Court of Appeals for the Fifth Supreme Judicial District of Texas of Dallas, Texas, and that I am penniless, destitute and indigent person, too poor to employ counsel to represent me on the appeal, and too poor to pay for or give security for the Statement of Facts and a true copy thereof herein. WHEREFORE, I pray that the Court will appoint an attorney to represent me in this appeal and that the Court will order the Court Reporter of this Court to prepare and deliver me or my appointed Counsel the original and a true copy of the Statement of Facts in this case, together with all exhibits attached thereto if practical.

_____
Defendant

BEFORE ME, the undersigned authority, personally appeared the above Defendant, known to me to be the person whose signature appears above, and after being duly sworn on oath states that he is the defendant in the above cause, and that the matters and things set forth in the foregoing are true and correct in all things.

JIM HAMLIN
DISTRICT CLERK
Dallas County, Texas

By _____
Deputy District Clerk

FILED

2015 JUL -2 AM 9:

FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS

Susan Sam
DEPUTY

### ORDER

The Defendant having requested the Court to appoint Counsel,

it is Ordered the Honorable _____Niles Illich_____

Address: _____5614 Victor Dallas, TX 75214_____

a regular licensed and practicing attorney of Texas, be, and he/she is hereby appointed to represent Defendant in prosecuting his/her appeal herein, and it is further Ordered that the Court Reporter is hereby directed to transcribe all of the notes as same may appertain to this cause and as taken during the trial of this cause which began on

_____ , _____ , and make Statement of Facts in duplicate and furnish same to defendant or his appointed Counsel.

_____
Judge

FORM 40

LeAndra Moffett #15018969

NT 2W-2

P.O. Box 660334

Dallas Tx, 75266

$ 00.48

Felicia Pitre

District Clerk

Frank Crowley Courts Bldg,

133 N. Industrial Blvd., LB 12

Dallas, Texas 75207313

75207:43357



Inmate Programs
532.91046

THE STATE OF TEXAS

VS.

Deandra Moffett

CAUSE NO. F 13-99715 -U

JUDICIAL 291st    DISTRICT COURT

DALLAS COUNTY, TEXAS

## PLEA AGREEMENT (MOTION TO REVOKE OR ADJUDICATE)

TO THE HONORABLE JUDGE OF SAID COURT:
The defendant herein and the attorneys for both the defendant and the State make the following agreement:

| | |
|---|---|
| Defendant's Plea: | [✓] True |
| Type of Plea: | [ ] Plea bargain    [✓] Open plea |
| Open as to: | |

Agreed sentence:
[ ] Confinement in [ ] penitentiary [ ] state jail [ ] county jail for _____ [ ] years [ ] months [ ] days
[ ] Post-conviction community supervision, confinement probated for _____ [ ] years [ ] months [ ] days
[ ] Extend community supervision from _____ to _____
[ ] Boot Camp [ ] Shock Probation [ ] Substance Abuse Felony Program
[ ] CENIKOR [ ] Judicial Treatment Center [ ] Dallas County Jail Chemical Dependency Program
[✓] Defendant will sign waiver of extradition [ ✓] Defendant knowingly and voluntarily waives appeal
[✓] Defendant will testify           [ ] Defendant will not testify
[ ] Other: _____
[✓] Back-time included: _____    [ ] Back time NOT included

### COURT'S ADMONITIONS TO DEFENDANT

You have an absolute right to confront and cross-examine the witnesses against you, and to call witnesses in your own behalf. You have a right to testify, but you cannot be compelled to do so. If you do testify anything you say can and will be used in evidence against you. The prosecuting attorney's recommendation as to punishment is not binding on the Court. You will be permitted to withdraw your plea if the Court rejects any plea bargain made in this case. You have the right to be represented by an attorney. If you have a court-appointed attorney, you have a right to ten days from the date of the attorney's appointment to prepare for the hearing. If you are on unadjudicated community supervision, are found to have violated a condition of community supervision, and your guilt is adjudicated by the Court, no appeal may be taken from the Court's decision, and the court may assess your punishment anywhere within the range provided by law for the offense. If the punishment assessed by the Court is not greater than that which you have plea-bargained you may not appeal on any matter in the case unless the Court grants permission for the appeal, or the matters appealed were raised by written motion filed and ruled on before the plea. After adjudication of guilt, all proceedings, including assessment of punishment, pronouncement of sentence, the granting of community supervision, and an appeal, then continue as if adjudication of guilt had not been deferred.

### DEFENDANT'S STATEMENTS AND WAIVERS

In open court, and with the approval of counsel, defendant makes the following statements and waivers. I am the person named as the accused in the State's motion and am the same person who was previously placed on community supervision in this cause. I am mentally competent. I understand the nature of the accusation made against me, the range of punishment of the offense I was placed on community supervision for, and the consequences of a plea of true. I understand that I have the right to remain silent, that anything I say can and will be used against me, and that I have the right to confront and cross-examine the witness against me.

I hereby waive any and all defects, errors, or irregularities, whether of form or substance, in the State's motion, and waive my right to remain silent. I waive arraignment and reading of the State's motion, the appearance, confrontation, and cross-examination of witnesses, and my right to ten days to prepare for trial after the appointment of counsel (if counsel has been appointed). I consent to the oral or written stipulation of evidence or testimony, to the introduction of testimony by affidavits or written statements of witnesses, and to all other documentary evidence. I affirm that my plea, judicial confession, and stipulation of evidence are freely and voluntarily made, and not influenced by any consideration of fear, persuasion, or delusive hope of pardon or parole.

I understand that if I am continued on community supervision in this case and I am charged with a violation of my community supervision and arrested in another state, under the Uniform Extradition Act I have the right to require the issuance and service of a warrant of extradition, the right to hire legal counsel, or, if indigent, to have counsel appointed, and the right to apply for a writ of habeas corpus to contest my arrest and return to this State.

[✓] I voluntarily and knowingly waive my rights under the Extradition Act, waive extradition, and waive my right to contest my return to the State of Texas from any jurisdiction where I may be found. I understand and agree that such waiver is irrevocable.

[ ] I understand that I have a right to appeal to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then, after consulting with my attorney, I do expressly, voluntarily, knowingly, and intelligently give up and waive my right to any appeal.

In my judicial confession and stipulation which follows, I incorporate by reference the allegations made against me in the motion now being heard by the Court.

## DEFENDANT'S JUDICIAL CONFESSION AND STIPULATION OF EVIDENCE

I, the defendant herein, judicially confess and stipulate in open court that on the _9th_ day of _January_, _2014_, I was placed on community supervision in this case for a period of _10_ [✓] years [ ] months [ ] days, that I received a copy of my conditions of community supervision, that they were explained to me, and that I understood them, and that while on community supervision, I violated the conditions of my community supervision as follows: A, B, D, F, M, N, O, R, S _____ (COP letter violated).

[✓] I committed the criminal offense (or offenses) as alleged in the State's motion.
[✓] I failed to report to the supervision officer as directed, as alleged in the State's motion, though I was able to report and could have reported
[ ] I failed to pay the following, as alleged, though able to do so:    [ ] Community supervision fees
    [ ] Restitution    [ ] Court-appointed attorney fees    [ ] Fine
    [ ] Court Costs    [ ] Drug testing fees    [ ] Other _____
[✓] I used a controlled substance or narcotic, and failed urinalysis, as alleged.
[ ] I failed to attend Alcoholics Anonymous or Narcotics Anonymous as directed.
[ ] I failed to obtain an alcohol or drug evaluation as directed.
[ ] I failed to obtain and/or complete, as I was directed:    [ ] Psychological evaluation and/or counseling
    [ ] Drug Treatment    [ ] Drug aftercare treatment    [✓] G.E.D.
    [✓] Other: Failed to Participate in a Cognitive Behavior Program;
[ ] I failed to perform community service as directed
[✓] I committed these further violations, as alleged in the State's motion: Failed to woke suitable employment; failed to adhere to curfew; failed to Report to the Community Control Program; Consumed, possessed or purchased alcoholic beverage or illegal control substance

### SIGNATURES AND ACKNOWLEDGMENTS

I, the defendant herein, acknowledge that my attorney has explained to me, and I have read and I understand, all the foregoing admonitions and warnings regarding my rights and my plea, and that my statements and waivers are knowingly, freely, and voluntarily made with full understanding of the consequences. I request that the Court accept all my waivers, statements, agreements, and my plea.

_____
Date

X _____
Defendant

DEANDRA MOFFETT
Printed Name

SUBSCRIBED AND SWORN BEFORE ME, the undersigned authority, by the defendant on this the _____ day of _____, 20___.

FELICIA PITRE, District Clerk

By: _____
Deputy

I have consulted with the defendant, whom I believe to be competent, concerning the plea in this case and have advised the defendant of his/ her rights. I approve and agree to all waivers, statements, and agreements of the defendant herein and ask the Court to accept them and the defendant's plea.

_____
Date

_____
Attorney for Defendant

STANLEY R. MAKE
Printed Name

13308400
State Bar Number

As attorney for the State, I hereby consent to and approve the requests, waivers, agreements, and stipulations in this instrument.

5-28-15
_____
Date

SUSAN HAWK, Criminal District Attorney, Dallas County

_____
Assistant District Attorney

Jason F.
Printed Name

24055797
State Bar Number

It appearing to the Court that the defendant is mentally competent and is represented by counsel, that the defendant understands the nature and consequences of the charge, and that all the parties have consented to and approved the stipulations of evidence, the Court finds the waivers, agreements, and plea to have been knowingly, freely, and voluntarily made, approves the waivers and agreements, accepts the defendant's plea, approves the stipulation of testimony.

5-28-15
_____
Date

_____
Judge

Cause No. F13-99715-U

THE STATE OF TEXAS        §        IN THE Crim.
VS.                       §        DISTRICT COURT of
Deandra Moffett           §        DALLAS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal, [or]

☐ other (please specify): _____

_____        5-29-15
Judge                                    Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____        _____
Defendant (if not represented by counsel)   Defendant's Counsel
Mailing Address:                          State Bar No.: 13308400
                                          Mailing Address: 2214 Main St.
Telephone #:                                              Dls, TX 75201
Fax # (if any):                           Telephone #: (214) 421-9000
                                          Fax # (if any): (214)748-7961

* A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case- --- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).



CASE NO. F-1399715-U
INCIDENT NO./TRN: 9156119372

| THE STATE OF TEXAS | § | IN THE 291st JUDICIAL DISTRICT |
| | § | |
| v. | § | COURT |
| | § | |
| DEANDRA MOFFETT | § | DALLAS COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX08751782 | § | |

# JUDGMENT REVOKING COMMUNITY SUPERVISION

| Judge Presiding: | HON. Stephanie Mitchell | Date Judgment Entered: | 5/29/2015 |
| Attorney for State: | Jason Fine | Attorney for Defendant: | Stanley Mays |

| Date of Original Community Supervision Order: | Statute for Offense: |
| 1/9/2014 | 19.04 Penal Code |

Offense for which Defendant Convicted:
**MANSLAUGHTER**

Date of Offense:
**1/8/2011**

| Degree of Offense: | Plea to Motion to Revoke: | Findings on Deadly Weapon: |
| **2ND DEGREE FELONY** | **TRUE** | **YES, A FIREARM** |

Original Punishment Assessed:
**10 YEARS INSTITUTIONAL DIVISION, TDCJ PROBATED 7 YEARS 3 MONTHS FINE: $ 0**

Shock Community Supervision:
**N/A YEARS   PROBATED       YEARS FINE: $ N/A**

| Date Sentence Imposed: | **5/29/2015** | Date Sentence to Commence: | **5/29/2015** |

| Punishment and Place of Confinement: | **10 YEARS INSTITUTIONAL DIVISION, TDCJ** |

### THIS SENTENCE SHALL RUN CONCURRENTLY.

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
| $ N/A | $ | $ N/A | (see below) | ☐ AGENCY/AGENT<br>☐ VICTIM |

☐ Attachment A, Order to Withdraw Funds, is incorporated into this judgment and made a part hereof.

### IS ORIGINAL JUDGMENT / SENTENCE REFORMED? NO

☐ In accordance with Section 12.44(a) Penal Code, the Court finds that the ends of justice would best be served by punishment as a Class A misdemeanor. Defendant is adjudged to be guilty of a state jail felony and is assessed punishment indicated above.

**Sex Offender Registration Requirements do not apply to the Defendant.** TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
| | From **8/18/2014** to **12/18/2014**      From **4/7/2015** to **5/29/2015**      From      to |
| Time Credited: | From      to          From      to          From      to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | **N/A DAYS     NOTES: N/A** |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called in Dallas County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.



The State filed a motion to revoke Defendant's community supervision. After hearing the State's motion, Defendant's plea, the evidence submitted, and reviewing the record, the Court GRANTS the State's motion. The Court's record indicates that Defendant was previously convicted of a felony offense and punishment was assessed as indicated above. The record indicates the Court ordered imposition of Defendant's sentence of confinement suspended and placed Defendant on community supervision for **7 YEARS 3 MONTHS.**

The Court FINDS Defendant has violated the conditions of community supervision as set out in the State's ORIGINAL Motion to Revoke Community Supervision as follows:

> See attached Motion to Revoke Community Supervision.

Accordingly, the Court ORDERS the previous orders in this cause suspending imposition of sentence of confinement and placing Defendant on community supervision REVOKED. **(select one of the following)**

☒ The Court ORDERS Defendant punished in accordance with the judgment and sentence originally entered in this cause.

☐ Finding it to be in the interest of justice, the Court ORDERS Defendant punished in accordance with the reformed judgment and sentence indicated above.

**Punishment Options (select one)**

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Dallas County District Clerk Felony Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Dallas County, Texas on the date the sentence is to commence. Defendant shall be confined in the Dallas County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Dallas County District Clerk Felony Collections Department. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the Dallas County District Clerk Felony Collections Department. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

The Court ORDERS Defendant's sentence EXECUTED.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

The Court further ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Furthermore, the following special findings or orders apply:

Deadly Weapon        The Court FINDS Defendant used or exhibited a deadly weapon, namely, a firearm , during the commission of a felony offense or during immediate flight therefrom or was a party to the offense and knew that a deadly weapon would be used or exhibited. TEX. CODE CRIM. PROC. art. 42.12 §3g

X _____

Stephanie Mitchell
JUDGE PRESIDING

Clerk: A. WINSTON

*Thumbprint Certification attached.

Right Thumbprint*

CAUSE NO.: F1399715U                              291ST JDC

THE STATE OF TEXAS                                DALLAS COUNTY, TEXAS

VS.
DEANDRA DESHUN MOFFETT                 January          TERM, 2015

## MOTION TO REVOKE PROBATION OR PROCEED WITH AN ADJUDICATION OF GUILT

COMES NOW the State of Texas by and through her Criminal District Attorney and would show the Court the following:

That _____ DEANDRA DESHUN MOFFETT _____, Defendant, was duly and legally placed on probation for a period of _____ 10 _____ years in the above entitled and numbered cause in _____ 291ST JDC _____ of Dallas County, Texas, on the 9th day of January, A.D., 2014 _____ for the offense of:

### MANSLAUGHTER

That the Defendant has violated the following conditions _____ A, B, D, F, M, N, O, R, S _____ of said supervision in that;

### SEE ATTACHED PAGE(S)

This violation-offense occurred after _____ 01/09/2014 _____ and during the term of Supervision.

_____

WHEREFORE, the State prays that said Defendant be cited to appear before this Honorable Court and show cause why the Court should not revoke probation or proceed with an adjudication of guilt on the original charge.

This the 2nd day of April, A.D., 2015

Susan Hawk
District Attorney
Dallas County, Texas

BY: _____
Assistant District Attorney

A copy of this motion was delivered to the Defendant on the _____ day of
_____ APRIL _____ A.D., 20_15_.

CSO _____

I received a copy of this motion on the _9TH_ day of _APRIL_ A.D., 20_15_

ML#: C-534523

_____
Defendant

1 of 2

CAUSE NO.: F1399715U

291ST JDC

THE STATE OF TEXAS

DALLAS COUNTY, TEXAS

VS.
DEANDRA DESHUN MOFFETT

January    TERM, 2015

## MOTION TO REVOKE PROBATION OR PROCEED WITH AN ADJUDICATION OF GUILT

(a) DEANDRA DESHUN MOFFETT did violate condition (a) by violating the laws of the State of Texas in that on or about March 3, 2015 in Dallas County, Texas, s(he) did then and there commit the offense of THEFT >=$500<$1,500 as alleged under cause number M1553137H ;

(b) DEANDRA DESHUN MOFFETT did violate condition (b) in that a urinalysis collected on or about 01/05/2015 tested positive for marijuana.

(d) DEANDRA DESHUN MOFFETT did violate condition (d) in that s(he) did not report to the COMMUNITY CONTROL PROGRAM as directed on 02/09/2015, 02/25/2015, 03/16/2015, and 03/26/2015.

(f) DEANDRA DESHUN MOFFETT did violate condition (f) if that s(he) failed to work faithfully at suitable employment as ordered by the Court.

(m) Defendant failed to adhere to curfew hours from 7:00 p.m. to 7:00 a.m. each day of the week ;

(n) Defendant failed to participate in the General Equivalency Diploma (GED) Program and provide proof of attendance, monthly, to the Supervising Officer, having GED completed by term of Supervision;

(o) Defendant possessed, consumed or purchased alcoholic beverages, or illegal controlled substances during the term of Supervision; to-wit, the defendant consumed an illegal substance of marijuana on or about 01/05/2015 as evidenced by the positive urinalysis results ;

(r) Defendant failed to participate in COMMUNITY CONTROL PROGRAM, as a participant therein, failed to comply with all rules and regulations of THE COMMUNITY CONTROL PROGRAM; to-wit, the defendant failed to report to the COMMUNITY CONTROL PROGRAM as directed ;

(s) Defendant failed to participate in A CONGNITIVE BEHAVIORAL PROGRAM as a participant therein, failed to comply with all rules and regulations of THE COMMUNITY CONTROL PROGRAM;

# JUDGMENT
## CERTIFICATE OF THUMBPRINT

**THE STATE OF TEXAS**

**CAUSE NO. F** 13-98715 **-U**

**VS.**

**JUDICIAL 291st** **DISTRICT COURT**

DEANDRA MOFFETT

**DALLAS COUNTY, TEXAS**

**RIGHT THUMB**

DEFENDANT'S ___R___ HAND

**THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION OF THE ABOVE STYLED AND NUMBERED CAUSE.**

**DONE IN COURT THIS** 29 **DAY OF** MAY **, 20** 15 **.**

_____ #848

**BAILIFF/DEPUTY SHERIFF**

**\*INDICATE HERE IF PRINT OTHER THAN DEFENDANT'S RIGHT THUMBPRINT IS PLACED IN BOX:**

_____ **LEFT THUMBPRINT**          _____ **LEFT/RIGHT INDEX FINGER**

_____ **OTHER,** _____

**SIGNED AND ENTERED ON THIS** _____ **DAY OF** _____ **, 20** _____ **.**

_____

**PRESIDING JUDGE**